No. 73–1291. Bruce *v.* United States; and

No. 73–1558. Walker *v.* United States. C. A. 5th Cir. Certiorari denied. Reported below: 488 F. 2d 1224.

No. 73–1379. Forkert *v.* California. App. Dept., Super. Ct. Cal., County of Los Angeles. Certiorari denied.

No. 73–1387. Fithian *v.* Fithian. Sup. Ct. Cal. Certiorari denied.

No. 73–1418. Johnson *v.* United States. C. A. 5th Cir. Certiorari denied.

No. 73–1420. Dellacroce *v.* United States; and

No. 73–1547. Catalano *v.* United States. C. A. 2d Cir. Certiorari denied. Reported below: 491 F. 2d 268.

No. 73–1447. Wagner *v.* Wagner. Sup. Ct. Wis. Certiorari denied.

No. 73–1448. Presta et al. *v.* United States. C. A. 7th Cir. Certiorari denied.

No. 73–1454. Thompson et al. *v.* United States. C. A. 8th Cir. Certiorari denied.

No. 73–1459. Mahoney et al. *v.* Laundry, Dry Cleaning & Dye House Workers International Union, Local 93, of Springfield, Missouri. C. A. 8th Cir. Certiorari denied.

No. 73–1468. Texeira et al. *v.* United States. C. A. 2d Cir. Certiorari denied.